[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

# RECEIVED

**SEP 2 1 2020**

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Reginald Edward Green

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Warden, C. Rivers
Practitioner, T. Ross
H.S.A., M. Pearce

_____

_____

**20 cv 50357**
**Judge John Z. Lee**
**Magistrate Judge Lisa A. Jensen**

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

√ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

(4 copies)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## I. Plaintiff(s):

A. Name: Reginald Edward Green

B. List all aliases: Reg, Reggie, Reggie Green

C. Prisoner identification number: 45057-007

D. Place of present confinement: U.S.P. Canaan

E. Address: P.O. Box # 300, Waymart, Pennsylvania 18742-0800

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

## II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: C. Rivers

Title: Warden

Place of Employment: A.U.S.P. Thomson

B. Defendant: T. Ross

Title: Nurse Practitioner

Place of Employment: A.U.S.P. Thomson

C. Defendant: M. Pence

Title: Health Services Administrator (H.S.A.)

Place of Employment: A.U.S.P. Thomson

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

(4 copies)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

(4 copies)

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)



(1) On 3-10-20 I refused to draw blood through food tray slot...

(2) Practitioner ROSS came to my cell and stated she was stopping my treatment for refusing to draw blood...

(3) On 3-11-20 or 3-12-20 nurse staff came to my cell, asked "Green you want your medication," I replied "Yes", proceeded toward door nurse staff walked off, refusing my medication...

(4) On 3-12-20 I filed and sent out legal a "Sensitive" complaint BP-9 to "Regional Director," stating "practitioner ROSS and Nurse staff are acting in concert and collusion, retaliating against me for refusing to draw blood, & I stated in complaint "ROSS and "staff" are using "life or death" tactics to force me to draw blood...

(5) BP-9 (Sensitive) was denied...

(6) On 3-23-20 2 unknown staff pulled me out on medical call out to medical exam room where practitioner ROSS and nurse staff were present, nurse staff and 1 unknown officer stepped out, I immediately asked to speak to a qualified physician, "ROSS became upset and ended

(4 copies)

See page 5..

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

the meeting...

(7) I was then ruffed up by lutnman officer for asking to speak to a physician, "Ross" stated, "you will comply Motherfucker"...

(8) That same day (3-23-20) around 16m I spoke to counselor HAMMANN, explained I was assaulted by staff and need a BP-8 to grieve, I was given a BP-8...

(9) On 3-24-20 I attempted to turn in to HAMMANN (counselor) My BP-8 about staff assault on 3-23-20, counselor HAMMANN ignored me intentionally...

(10) No counselor was present from 3-24-20 until 4-7-20

(11) On 4-7-20, K. Kearney, who at the time I did not know, his "Title", nor "Name", in a drive-by style manner, but hurriedly walking, gave my cellmate, who was using the phone, the rejection notice, along with My "sensitive" complaint, pertaining to line (4) of this statement of claim... My cellmate Gary Lee-Thomas #1080-050 handed me the contents, K. Kearney Never stopped to explain nothing...

(12) On 3-23-20 Ross (practitioner) stopped my treatment

(13) Due to no counselor from 3-24-20 to 4-21-20 I could not grieve timely, exempting ME from effective relief...

See page 6. continuation page

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Section IV. Statement of Claim.
Continuation Page 6.

(14) 4-21-20 when K. Kearney would make what he called his "First Official Round", I would then find out his "Title" and "name" - Counselor K. Kearney...

(15) I was told on 4-21-20, by Counselor K. Kearney due to Counselor Harrmann's mother passing away due to COVID-19 Counselor Harrmann resigned and counselor Kearney was the new fill-in Counselor...

(16) On 4-21-20, Counselor K. Kearney gave me a BP-8 upon my request to grieve practitioner ROSS decision to interfere with my treatment, I further explained I needed an extension notice due being untimely due to lack of staff...

(17) I filed BP-8 waited to turn it in, but, no counselor made rounds from 4-21-20 to 6-8-20...

(18) On 3-29-20 I sent a "Request to Staff" to practitioner ROSS stating I will draw blood, "Request to Staff" was given to the nurse who did 3-30-20 pill-line and Sick-call... No reply was the course of action taken to my request by ROSS...

(19) On 4-22-20, I sent a second "Request to Staff" to ROSS through nurse staff, who during pill-line took my "Request to Staff", I explained that right side in groin area, my lymph gland had swollen due to not having my medication...

(20) On 4-28-20 I sent out legal mail with secretary COWAN a complaint to the O.I.G. seeking an investigation about inadequate medical care, I also sent a tort claim to the regional office...

(21) On 4-30-20, nurse practitioner ROSS came to my cell and stated "I'll order your labs...

(22) On 5-1-20, I wrote to Central Office Director to get an investigation conducted into inadequate medical care and I let the Director know I cannot grieve due to no counselor...

(23) On 5-3-20, I file tort claim for personal injury, with explaining there will be an amending complaint for further violation...

(24) On 5-19-20 My tort arrived at regional office,...

Section IV. Statement of Claim; Attachment to Section IV. Continuation Page 7.

(25) On 5-19-20 My blood was drawn...

(26) On 5-20-20 My treatment was restarted...

(27) I sent a "Request to Staff" to Medical records through nurse staff...

(28) I recieved lab reports from My 5-19-20 lab reports and noticed the physical injury to My body...

(29) I wrote out a 18 page amendment tort claim, done timely, and, accepted 6-19-20 based on new evidence of physical injury...

(30) 6-8-20 Counselor Kearney (K. Kearney) Made his "Second Official Round" I recieved a BP-8 to grieve on Improper and inadequate Medical care, from Ross 3-23-20 unlawful act in interfering with My treatment... I also requested an extension notice...

(31) I turned in BP-8 to Counselor K. Kearney 6-9-20...

(32) I sent out 6-10-20 amended tort claim on personal injury... correlated to (line 29) of this complaint...

(33) 6-18-20 I was given the response to My 6-8-20 BP-8, I was able to see the Misleading, inaccurate, and, False story written in My Medical report...

(34) 6-18-20 I filed BP-9 contesting the BP-8's accuracy...

(35) 6-22-20, cell #149, around 11:35AM turned in BP-9 with 4 attachments, 1 Medical case law exhibit A, BP-8 with response and extension notice...

(36) 6-22-20, cell #149, around 11:35AM turned in BP-8 grieving against, Warden C. Rivers, Unit Manager Mesh, And, Counselor K. Kearney, all who prevented me from grieving Medical issue from 3-23-20 exempting me from relief... My BP-8 pertained to "inattention to duty", violating My First Amendment...

Section IV. Statement of Claim. Attachment to Section IV, continuation Page 8.

(37) On 6-24-20 My BP-9 (remedy I.V. 1011991-F1) was rejected and returned saying more than one issue was raised, "BP-8 and BP-9" had two different issue, I was given 5 days to refile...

(38) On 6-24-20 I refiled another BP-9, I attach (Exhibit A. P.S. 1330.18 "Administrative Remedy Program page 5. high-lighting argument to My favor about "closely related" issue) (Exhibit B. "Medical Case Law to support complaint) BP-8 and response, with 4 continuation pages to (2nd) BP-9 and a "Request to Staff" to Administrative remedy clerk challenging the logic of the decision to reject My First BP-9 (1011999-F1)...

(39) On 6-29-20, around 12PM, E1 unit, cell #150, I turned in (2nd BP-9) to counselor K. Kearney...

(40) On 7-8-20 I recieved a Final denial on original claim of tort (personal injury), the Final denial was dated 6-26-20, the post-mark on envelope is 7-1-20...

(41) On 7-2-20 My (2nd refiled BP-9) was rejected and returned to me on 7-8-20 given to me by Counselor Battrese, Around 11:26am to 11:36AM, E1 unit, cell #150... BP-9 (2nd BP-9) 1011999-F2...

(42) My BP-9 was rejected, My (2nd) BP-9 1011999-F2, it was said to have more than one issue, I was given 5 days to resubmit...

(43) On 7-8-20 I filed a BP-10 to the Regional Director challenging the rejection of My (2nd) BP-9 1011999-F2...

(44) On 7-15-20, I was told to pack My property and to leave it behind, because I was quarantining in A3 unit to leave A.U. 8, pu Thomsay, I was told quarantine was 14 days, but, it was 21 days...

(45) On 7-22-20, during rounds. as "Duty Officer"

Section IV. Statement of Claim; Attachment to Section IV,
continuation Page 9.

I spoke to the new unit manager for E1 unit
(Ms./Mrs. Krammer) I let her know I file a
BP-10 7-8-20, sent it out legal mail on 7-9-20
with Secretary Cowall around 9:10AM,
cell # 150, E1 unit and that 7-15-20 I was
moved to A3 and I haven't recieved a
rejection notice or reciept of acceptance
to my 7-8-20 BP-10, unit manager Krammer
took my "Request to Staff" and, said she'll
look into it, she never made another round...
(46) On 7-30-20, I spoke to the Warden and
gave him 2 "Request to Staff" about his
staff engaging in systemic practice of
abuse of process, where, to deter further
inmate grieving, staff intentionally damage,
destroy, and, lose paperwork to deter a
potentially successful lawsuit, I let the
Warden know my unit team are intentionally
hindering my grieving by withholding my
BP-10 rejection notice and its contents,
once again, exempting any possible relief...
(47) On 8-6-20, quarantine was over, and, I
left A.U.S.P. Thomson...
(48) On 8-7-20, I arrived at U.S.P. Canaan...
(49) I was placed in quarantine from 8-7-20 to
8-26-20, I've been in "General population"
since 8-26-20, today as I write this, it
is 8-30-20...
(50) I'm H.I.V/A.I.V.S. infected, chronic-care
#2, and, take Genvoya...
(51) I've had this medical condition since 2012...
(52) Practitioner Ross is not a licensed physician....
(53) Practitioner Ross interferred with my treatment...
(54) As a result of practitioner Ross actions a
physical assault to the body occured, and, my
viral load and CD4 count elevated causing
me to have A.I.V.S...
(55) Practitioner Ross intentionally delayed my
treatment and did not refer me to specialist

Section IV. Statement of Claim. Attachment to Section IV. Continuation Page 10.

(56) Practitioner Ross put false factual information in my 3-23-20 chronic-care medical report and that information was relied on...

(57) My CTH count went below 490 due to not having medication for 57 days 3-23-20 to 5-20-20...

(58) I went 57 days without treatment of a serious illness...

(59) Ross intentionally delayed my treatment by not responding to my 3-30-20 report, see line 18 of this complaint...

(60) Ross and nurse staff both retaliated against me for refusing to draw blood...

(61) Practitioner Ross was performing task beyond her training...

(62) Health Services Administrator M. Pence by way of willful blindness knowingly and intelligently gave way to Practitioner Ross behavior by not ensuring the Health Services Department operated at adequate standards tailored to the communities health services...

(63) Warden C. Rivers neglected his responsibilities to ensure the medical system at his institution was adequate...

(64) Warden C. Rivers, Unit Manager Mesh from E1 unit, Counselor K. Kelley from E1 unit, and, Unit Manager Kramer as of (7-22-20) and, Counselor Hartman all parties named hindered my ability to file and recieve relief...

(65) Warden C. Rivers was made aware that my unit team in E1 were withholding, delaying, destroying my grievance to deter civil lawsuit...

(66) In a systemic manner the Warden C. Rivers, Counselor Hartman, Counselor K. Kelley, Unit Manager Mesh and

Section IV Statement of Claim, attachment to Section IV continuation page 11,

Unit Manager Mash all intentionally engaged in the practice of "stalling" and inattention to duty so a continued serious series of arbitrary decision-making would hinder a potentially successful lawsuit...

(67) Due to a lack of staffing I could not timely and effectively grieve a incident that took place 3-23-20 until 6-8-20, exempting me from relief...

(68) A.U.S.P. Thomson did not have a licensed physician attached to it from 3-23-20 until 8-6-20...

(69) That I filed a timely tort claim for 28,000.00, amended it to 196,000.00 once I recieved new evidence on the assault to my body, but, had my tort claim denied, with the B.O.P. saying "I did not suffer any physical injury due to staff negligence"...

(70) I did not get to speak to a physician 3-23-2020 because one did not work at A.U.S.P. Thomson...

(71) No counselor was present from 3-24-20 until 4-21-20

(72) No counselor was present from 4-21-20 until 6-08-20

(73) Due to a lack of staff I was exempted from recieving relief and none existed as my A.I.r. turned into A.I.V.S due to not having opportunity to grieve timely...

(74) The Administrative Remedy Clerk continuously used exaggerated excuses to "stall" time and to hinder my success of lawsuit and blanket A.U.S.P. Thomson's malfeasance...

(75) All my grievance's were lost, or destroyed by E1 unit team...

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want compensatory damages of $4000.00 a day for the 57 days without medication — I want $114,000.00 for humiliation, Mental Anguish, intentional emotional distress, pain and suffering, And I want $150,000.00 for punitive damages $50,000.00 for each defendant — And for A.D.R.P. Thomson to hire a doctor, — Compensatory and punitive damages to total $492,000.00.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 09 day of 05 , 20 20

Reginald Edward Green
(Signature of plaintiff or plaintiffs)

Reginald Edward Green
(Print name)

27565Y-004
(I.D. Number)

U.S.P. Canaan Penitentiary

P.O. Box # 300

Waymart, P.A. 18742-0800
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]